**RECEIVED**

JUN 1 2 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

CLINTON STRANGE,

Plaintiff

5:18-CV-00296-SMH-MLH

v.

DIVERSIFIED CONSULTANTS, INC.,

Defendant

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Motion granted. This action is dismissed without prejudice. The clerk of court may close the case.
June 13, 2018

/s/ MJH

Plaintiff's Prayer:

1. Plaintiff prays that the court will Dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) because Plaintiff is unable to pay the filing fee at this time.

2. Plaintiff understands the consequences of filing this Dismissal Motion, and the ramifications this will have on preservations of the statute of limitations on his claims because the filing fee was not paid.

### Certification of Service:

1. I, Clinton Strange, the Pro Se Plaintiff in this action do hereby notify the court that I have served upon the Defendant's attorney a copy of this "DISMISSAL MOTION" by placing a copy in the U.S. Mail with sufficient 1st class postage affixed on 6-12-2018.

2. The mailing was addressed to:

   John Danna

   401 Whitney Avenue #500

   Gretna, LA 70056

3. I swear under the pains and penalties of perjury under the laws of The United States of America that the above statements are both true and correct.

Respectfully Submitted,

X _____  6-12-2018

Clinton Strange
Pro-Se
7021 Winburn Drive
Greenwood, LA 71033
318-780-8946